UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Darryl B. Kaplan,

    Plaintiff,

v.                                                          Case No. 09-10047

Experian, Incorporated, *et al.*,                           Honorable Sean F. Cox

    Defendants.

_____/

**ORDER GRANTING
DEFENDANT TRANS UNION, LLC'S MOTION TO STAY BRIEFING AND
CONSIDERATION OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AS TO TRANS UNION**

    Currently before the Court is a Motion to Stay Briefing and Consideration of Plaintiff's Motion for Summary Judgment Pending Resolution of Motion to Dismiss, filed by Defendant Trans Union, LLC ("Trans Union) (Docket Entry No. 43).  In that motion, Trans Union asks the Court to stay briefing on, and consideration of, Plaintiff's motion seeking summary judgment as to his claims against Trans Union (Docket Entry No. 37).

    Having considered the motion**, IT IS ORDERED** that the motion is **GRANTED.  IT IS ORDERED** that further briefing on, and consideration of, Docket Entry No. 37 is **STAYED** until further order of this Court.

    **This Order does not stay briefing on, or consideration of, any other motions.  This Order does not stay discovery in this action.**

**IT IS SO ORDERED.**

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated:  October 23, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 23, 2009, by electronic and/or ordinary mail.

                                              S/Jennifer Hernandez
                                              Case Manager