UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL B. KAPLAN,

    Plaintiffs,

v.    CASE NO. 09-10047

EXPERIAN, INCORPORATED et al.,    HONORABLE SEAN F. COX

    Defendants.
_____/

## JUDGMENT

For the reasons set forth in an Opinion & Order issued on May 26, 2010,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

    s/Sean F. Cox
    Sean F. Cox
    United States District Judge

Dated: September 20, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 20, 2010, by electronic and/or ordinary mail.

    s/Jennifer Hernandez
    Case Manager